# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 557 WAL 2014
:
        Respondent : Petition for Allowance of Appeal from
: the Order of the Superior Court
:
        v. :
:
:
:
THOMAS M. REED, :
:
        Petitioner :


## ORDER


**PER CURIAM**

    **AND NOW**, this 22nd day of April, 2016, the Petition for Allowance of Appeal is

**GRANTED**. The issues, rephrased for clarity, are:

> 1) Are the recent SORNA statutes (42 Pa.C.S. §§9799.10, 9799.13 and 9799.14 and related provisions) punitive in nature and do they violate the *ex post facto* provisions of the Pennsylvania Constitution?
>
> 2) Do the SORNA statutes violate fundamental due process under the Fourteenth Amendment of the United States Constitution and Article I, Section 9 of the Pennsylvania Constitution?
>
> 3) Do the SORNA statutes violate the separation of powers doctrine under the Pennsylvania Constitution?
>
> 4) Was lifetime Megan's Law registration not part of petitioner's original guilty plea, and therefore, should petitioner's original plea, which only called for a ten-year Megan's Law requirement, be enforced?

The Prothonotary is directed to schedule briefing and argument in this matter together with the following matters presenting related issues: *Commonwealth v. Gilbert*, 181 MAL 2015 and *Commonwealth v. Muniz*, 684 MAL 2015.